**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | |
|---|---|
| Plaintiff, | MAGISTRATE NO. 07-6280M |
| v. | |
| | **O R D E R** |
| JOSE ANTONIO PASOS PEREZ | |
| Defendant. | |

Pursuant to the foregoing motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the complaint against the defendant be dismissed without prejudice.

**IT IS FURTHER ORDER releasing** defendant from custody as to this case number only.

DATED this 8th day of February, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge